# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: | : | CIVIL ACTION NOS. 18-CV-4672 |
|---|---|---|
| KEYSEAN L. KEYES, | : | 18-CV-4699 |
| Plaintiff. | : | 18-CV-4710 |

## ORDER

AND NOW, this 20th day of November, 2018, upon consideration of *pro se* Plaintiff Keysean L. Keyes' Motions to Proceed *In Forma Pauperis*, her Complaints in the above civil actions, and other pending Motions in the above cases, it is **ORDERED** that:

1. Keyes is **GRANTED** leave to proceed *in forma pauperis* in the above cases.

2. The Complaints in the above cases are **DISMISSED with prejudice** for the reasons discussed in the Court's Memorandum. Keyes may not file any amended complaint in the above cases, as the Court has determined that amendment would be futile.

3. All pending Motions filed in the above cases are **DENIED.**

4. The Clerk of Court shall **CLOSE** the above cases.

BY THE COURT:

_____
CHAD F. KENNEY, J.